IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAMON E. WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3029 |
| | ) | |
| v. | ) | |
| | ) | |
| CPL. AARON R. SCHOEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's objection and request for reconsideration (Filing No. 35). Plaintiff seeks reconsideration of the Court's January 11, 2008, Memorandum Opinion and the Order and Judgment (Filing Nos. 33 and 34) which granted defendant's motion for summary judgment.

The Court has carefully reviewed plaintiff's objection and finds no good cause for reconsideration of any portion of its decision. Plaintiff's objection will be denied in its entirety. Accordingly,

IT IS ORDERED that plaintiff's objection to judgment, construed as a motion for reconsideration, is denied.

DATED this 27th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court